**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| X. CORP. | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 4:26-cv-1254 |
| | § | |
| IMMORTAL SNAIL, LLC | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |
| | § | |

**APPENDIX OF EXHIBITS CITED IN PLAINTIFF X CORP.'S ORIGINAL COMPLAINT AND APPLICATION TO STAY ARBITRATION**

X Corp. ("X"), by and through undersigned counsel, submits this Appendix of exhibits cited in its Original Complaint and Application to Stay Arbitration.

## INDEX

| Exhibit | Description | Appx. Page No. |
|---|---|---|
| 1. | Salazar Law email to X dated November 5, 2025 [@Duel] | Appx. 004-005 |
| 2. | Salazar Law email to X dated November 5, 2025 [@Monarch] | Appx. 006-007 |
| 3. | Moonrail Limited Statement dated July 9, 2024 | Appx. 008-009 |
| 4. | Malaysian Royal Police email to X dated May 12, 2026 | Appx. 010-011 |
| 5. | Indian Court Filing dated July 21, 2026 | Appx. 012-016 |
| 6. | Indian Court Filing dated August 28, 2026 | Appx. 017-021 |
| 7. | X Corp.'s Letter to Immortal Snail dated Sep. 15, 2026 | Appx. 022-026 |
| 8. | X Terms of Service effective Nov. 14, 2024 | Appx. 027-047 |
| 9. | X Terms of Service effective Jan. 15, 2026 | Appx. 048-069 |
| 10. | X Purchaser Terms of Service effective Mar. 15, 2025 | Appx. 070-090 |
| 11. | X Purchaser Terms of Service effective Aug. 1, 2025 | Appx. 091-125 |

| | | |
|---|---|---|
| 12. | Handle Transfer Agreement effective Aug. 1, 2024 | Appx. 126-131 |
| 13. | Handle Transfer Agreement effective Aug. 1, 2024 – Wayback Machine Sept. 2025 | Appx. 132-138 |
| 14. | X Help Center Article re: Handle Marketplace | Appx. 139-146 |
| 15. | X Handle Marketplace – Announcements by X (Oct-Nov 2025) | Appx. 147-154 |
| 16. | The Verge Article about the X Handle Marketplace dated October 19, 2022 | Appx. 155-158 |
| 17. | TechCrunch Article about the X Handle Marketplace dated October 20, 2022 | Appx. 159-162 |
| 18. | Government Technology Article about the X Handle Marketplace dated October 21, 2022 | Appx. 163-168 |
| 19. | X Handle Marketplace Terms dated Oct. 13, 2025 | Appx. 169-187 |
| 20. | X Corp.'s Letter to AAA dated June 5, 2026 | Appx. 188-205 |
| 21. | AAA Letter dated June 24, 2026 | Appx. 206-208 |
| 22. | X Corp.'s Letter to AAA dated June 26, 2026 | Appx. 209-210 |
| 23. | AAA Letter dated July 15, 2026 appointing arbitrator | Appx. 211-213 |
| 24. | AAA arbitrator's procedural order 1 dated August 25, 2026 | Appx. 214-218 |
| 25. | Immortal Snail, LLC's demand for arbitration dated April 8, 2026 | Appx. 219-255 |