# EXHIBIT 2

## Legal Notice and Formal Request for Account Reinstatement — Wrongful Suspension of X Account [@Monarch]

From: salazarlaw@proton.me Wed, Nov 5, 2025 at 9:02 PM
To: legal@x.com
Cc: support@x.com

To Whom It May Concern,

I represent Mr. Ossi Ketola, the owner of the X account [@Monarch], which was recently suspended without valid justification. This letter serves as a formal legal demand for review and reinstatement of the account, as the suspension constitutes an unwarranted restriction of lawful expression and commercial activity under X's own Terms of Service and applicable law.

Based on the facts available, there is no evidence that my client engaged in any behavior that violates X's Rules, Terms of Service, or Community Guidelines. The account has been used for legitimate communication, professional networking, and brand engagement purposes. The suspension appears to be the result of either an erroneous automated moderation action or a misinterpretation of lawful content.

Accordingly, we respectfully demand that X Corp.:

1. Conduct a manual and thorough review of the account and its associated content;

2. Provide a specific explanation identifying any alleged violation relied upon to justify the suspension; and

3. Reinstate the account promptly if no substantiated breach is found.

Please consider this correspondence as notice that continued failure to remedy this wrongful suspension may compel my client to pursue appropriate legal remedies, including but not limited to claims for reputational harm and business losses caused by the improper enforcement action.

We request written confirmation of receipt of this letter and a substantive response within seven (7) business days of this notice.

Sincerely,

Jeremy Salazar, Esq.

Salazar Law Firm

888 South Andrews Ave., Ste 203

Fort Lauderdale, FL 33316

Salazarlaw@proton.me

(954)467-1964

On behalf of:

Mr. Ossi Ketola

Owner of X Account: @Monarch