# EXHIBIT 3

*Moonrail Limited B.V. Official Letterhead*

Date: July 9th 2024

**To Whom It May Concern,**

This statement is to confirm that Dušan Pećić, bearing ID Registration Number 0094206647, is an authorized representative of Moonrail Limited B.V. Company number 148182 registered in Korporaalweg 10, Willemstad, Curaçao. Moonrail Limited B.V. acknowledges and authorizes Mr. Pećić to act on behalf of our products and services, including CSGOEmpire, which is a verified organization on platform X.

Should there be any inquiries or requests for further verification, please do not hesitate to contact us directly at hello@moonrail.limited Thank you for your attention to this matter.

Sincerely,

DocuSigned by: E9C1A4A3F74E4ED... DocuSigned by: 3508179679034CB...

Lorenza Godett / Christopher van Rosberg
Representing
Xecutive Corporate Management B.V
As the Director of Moonrail Limited B.V.

CSGO EMPIRE