# EXHIBIT 4

**XLERT-25310**

**X Receipt of Other Inquiry - Police Cyberime**
May 12, 2026 at 8:54 PM SGT

Requester:
Cawangan Pengawal Pengiring IPD Kuching
(Supervisor Cybercrime)
pengiringkuching@rmp.gov.my

Government / Law Enforcement
Police Cyberime
Ibu Pejabat Polis Diraja Malaysia
Kuala Lumpur 50560
Malaysia

=== Reporter information ===

Your full name: Cawangan Pengawal Pengiring IPD Kuching
Job title: Supervisor Cybercrime
Organization: Police Cyberime
Your email: pengiringkuching@rmp.gov.my
Street address: Ibu Pejabat Polis Diraja Malaysia
City: Kuala Lumpur
State/Province: [Empty]
Postal code: 50560
Country: MY
Phone number: +603 - 2266 2222
Fax number (optional): [Empty]

=== Report details ===:

Hello,

We would like to request unban of the account x.com/cs2skincom.

This is a operator in Malaysia for Skins of Counter-Strike licensed and we would like to require urgent unban.

Signature: Cawangan Pengawal Pengiring IPD Kuching

Confirm: I understand that in order to process this request, Twitter may provide third parties, such as Lumen and the affected user(s), with a copy of this complaint. I further affirm that, to the best of my knowledge, the above information is true and accurate, and that I am authorized to submit this report.