# EXHIBIT 5

Grievance Appellate Committee

Digital India

To Ensure Accountability for Digital Nagriks

**To:**

**Grievance Appellate Committee**

**Madam/sir,**

**I hereby prefer an appeal under sub-rule (3) of rule 3A of the Information Technology (Intermediary Guidelines and Digital Media Ethics Code) Rules, 2021 to the Grievance Appellate Committee. My particulars, the details of the intermediary concerned in the appeal and other relevant appeal details are as submitted by me herewith online.**

# Appeal Details

## Appellant Detail

Appeal Number : **103897/2026**

| Name | Mobile No. | Email | Gender |
|---|---|---|---|
| ASHPAK ABBASALI BAGAWAN | 9799466653 | GABBRUYASH@GMAIL.COM | Male |

## Respondent Intermediary Detail

| Appeal Date | Status |
|---|---|
| 21/07/2026 | Under Process |

| Date of Complaint registered with the intermediary | Date of Decision given by the intermediary | Ticket / Docket Number given by the intermediary |
|---|---|---|
| 21/07/2026 | 21/07/2026 | Not Given By X / Twitter |

| Name of the Respondent Intermediary | URL of the Respondent Intermediary | Email |
|---|---|---|
| X CORP. | https://x.com | XCORP-GAC@X.COM |

**Address**

4TH FLOOR, THE ESTATE 121, DICKENSON ROAD, BENGALURU - 560 042 KARNATAKA, INDIA

**Brief of Complaint**

MY X ACCOUNT (@CS2SKIN) WAS SUSPENDED BY X. I BELIEVE THE SUSPENSION WAS MADE IN ERROR, AS I HAVE NOT KNOWINGLY VIOLATED THE X RULES. I SUBMITTED AN APPEAL THROUGH X'S OFFICIAL APPEAL PROCESS, BUT MY APPEAL WAS REJECTED OR MY ACCOUNT REMAINS SUSPENDED WITHOUT AN ADEQUATE EXPLANATION. I REQUEST AN INDEPENDENT REVIEW OF THE DECISION AND RESTORATION OF MY ACCOUNT.

**Subject / Keyword / Tag / Specific provision in the law (Max 100 Characters)**

Appeal under Rule 3(2A) of the IT Rules, 2021 – Wrongful Suspension of X Account

**Relief Sought**

I REQUEST RESTORATION OF MY X ACCOUNT, REMOVAL OF THE SUSPENSION, REINSTATEMENT OF ACCESS TO MY ACCOUNT AND DATA, AND A FRESH MANUAL REVIEW OF THE DECISION WITH A CLEAR EXPLANATION OF ANY ALLEGED POLICY VIOLATION.

**Justification for invoking the ground for appeal**

I AM FILING THIS APPEAL BECAUSE I BELIEVE THE SUSPENSION OF MY X ACCOUNT WAS INCORRECT. I FOLLOWED THE PLATFORM'S GRIEVANCE AND APPEAL PROCESS BUT DID NOT RECEIVE A SATISFACTORY RESOLUTION. THE DECISION DID NOT CLEARLY EXPLAIN THE SPECIFIC VIOLATION OR PROVIDE SUFFICIENT REASONS FOR PERMANENTLY RESTRICTING MY ACCOUNT. I REQUEST THE GRIEVANCE APPELLATE COMMITTEE TO INDEPENDENTLY REVIEW THE MATTER AND DIRECT THE INTERMEDIARY TO RECONSIDER THE DECISION.

**Document Uploaded**

| Copy of the complaint made to the Grievance Officer / intermediary and the decision on that complaint given by the intermediary | Any other relevant information |
|---|---|
| 1. *CC1.jpg* | |

**I hereby declare that information furnished by me in this appeal is true and correct in every respect, and I understand that if any information is found to be incorrect, my appeal is liable to be rejected.**

ASHPAK ABBASALI BAGAWAN [Name of Appellant ]
Date and time : 21 Jul 2026 4:32PM [Indian standard time]

# Copy of Complaint

