# EXHIBIT 6

Grievance Appellate Committee

Digital India

To Ensure Accountability for Digital Nagriks

**To:**

**Grievance Appellate Committee**

**Madam/sir,**

**I hereby prefer an appeal under sub-rule (3) of rule 3A of the Information Technology (Intermediary Guidelines and Digital Media Ethics Code) Rules, 2021 to the Grievance Appellate Committee. My particulars, the details of the intermediary concerned in the appeal and other relevant appeal details are as submitted by me herewith online.**

# Appeal Details

## Appellant Detail

Appeal Number :
**129900/2026**

| Name | Mobile No. | Email | Gender |
|---|---|---|---|
| MAHIDAR SWAMY | 8790846984 | HFKF195@GMAIL.COM | Male |

## Respondent Intermediary Detail

| Appeal Date | Status |
|---|---|
| 23/07/2026 | Under Process |

| Date of Complaint registered with the intermediary | Date of Decision given by the intermediary | Ticket / Docket Number given by the intermediary |
|---|---|---|
| | | Not provided by X |

| Name of the Respondent Intermediary | URL of the Respondent Intermediary | Email |
|---|---|---|
| X CORP. | https://x.com | XCORP-GAC@X.COM |

**Address**

4TH FLOOR, THE ESTATE 121, DICKENSON ROAD, BENGALURU - 560 042 KARNATAKA, INDIA

**Brief of Complaint**

RESPECTED GRIEVANCE APPELLATE COMMITTEE, MY X ACCOUNT (@CS2SKINCOM) WAS PERMANENTLY SUSPENDED ON 22/07/2026 CITING "BAN EVASION." THIS ACTION WAS ENTIRELY AUTOMATED AND DONE IN ERROR. I FILED AN INITIAL APPEAL THROUGH THE PLATFORM'S INTERNAL MECHANISM, WHICH UNFORTUNATELY RESULTED IN MY ACCOUNT REMAINING PERMANENTLY SUSPENDED WITHOUT A PROPER HUMAN REVIEW. I HAVE STRICTLY FOLLOWED X'S RULES AND TERMS OF SERVICE. I HAVE NEVER ATTEMPTED TO EVADE A SUSPENSION OR USED ANY ADDITIONAL ACCOUNTS TO CIRCUMVENT PLATFORM ENFORCEMENT. BECAUSE THE INTERMEDIARY FAILED TO PROVIDE A FAIR GRIEVANCE REDRESSAL PROCESS OR A VALID JUSTIFICATION FOR PERMANENTLY SUSPENDING MY ACCOUNT, I AM INVOKING THIS APPEAL TO REQUEST AN INDEPENDENT REVIEW. INTERMEDIARY DETAILS: USERNAME: @CS2SKINCOM PROFILE: HTTPS://X.COM/CS2SKINCOM DEVICE: IPHONE 17 EMAIL: DR.A@CS2SKIN.COM THANK YOU.

**Subject / Keyword / Tag / Specific provision in the law (Max 100 Characters)**

Appeal under Rule 3A of IT Rules 2021 against wrongful permanent ban by X.

**Relief Sought**

I REQUEST THE COMMITTEE TO DIRECT X CORP. TO CONDUCT A MANUAL HUMAN REVIEW OF MY DISABLED ACCOUNT (@CS2SKINCOM), OVERTURN THE ERRONEOUS PERMANENT BAN, AND FULLY RESTORE ACCESS TO MY ACCOUNT AND ITS ASSOCIATED DATA.

**Justification for invoking the ground for appeal**

I AM INVOKING THIS APPEAL BECAUSE THE INTERMEDIARY, X CORP., HAS VIOLATED THE PRINCIPLES OF NATURAL JUSTICE AND FAILED TO PROVIDE A TRANSPARENT, FAIR GRIEVANCE REDRESSAL PROCESS AS MANDATED UNDER THE INFORMATION TECHNOLOGY (INTERMEDIARY GUIDELINES AND DIGITAL MEDIA ETHICS CODE) RULES.

## Document Uploaded

| Copy of the complaint made to the Grievance Officer / intermediary and the decision on that complaint given by the intermediary | Any other relevant information |
| --- | --- |
| 1. *CC1.jpg* | |

### I hereby declare that information furnished by me in this appeal is true and correct in every respect, and I understand that if any information is found to be incorrect, my appeal is liable to be rejected.

MAHIDAR SWAMY [Name of Appellant ]
Date and time : 23 Jul 2026 10:42AM [Indian standard time]

# Copy of Complaint

X

Hello CS2skin,

Your account, CS2skin, was reported and has been suspended for violating the X Rules.

Specifically, for:

**Violating our rules against ban evasion.**

You may not circumvent an X suspension or enforcement action. This includes creating new accounts, imitating a suspended account to replace it, repurposing an already-existing account or having someone else operate an account on your behalf.

Note that if you attempt to evade a suspension by creating new accounts, we will suspend your new accounts. If you wish to appeal this suspension, please contact our support team.

If you have an active X Premium subscription, it will not be automatically canceled by X. To cancel your X Premium subscription, follow these instructions.