# EXHIBIT 7

**X Corp.**
800 W Cesar Chavez St.
Austin, TX 78701

September 15, 2026

Kevin Kaplan
Coffey Burlington
2601 S. Bayshore, P1
Miami, Florida 33133
kkaplan@coffeyburlington.com

**Re: Immortal Snail LLC**

Mr. Kaplan:

We write regarding your clients' repeated violations of the X Terms of Service, their attempts to circumvent the suspensions of their accounts and to engage in ban evasion, and their attempts to solicit and contact X employees including in efforts to bribe them to reinstate accounts.

X Corp. has reason to believe that your client Immortal Snail LLC and its owners and managers conspired to defraud X Corp. Your client initially obtained the handles @duel and @monarch unlawfully and in violation of X's Terms of Service, including by engaging in username stealing. These were severe violations of X's Terms of Service regarding platform manipulation and authenticity. After your client obtained those handles illicitly, X Corp. permanently suspended the relevant accounts, which revoked your clients' limited license to access the X service and its protected computer networks.

After the suspensions, your client conspired to obtain the same handles by purchasing them from X Corp. through an intermediary. In doing so, your client misrepresented and fraudulently withheld that it operated the handles @duel and @monarch that were previously suspended. Your clients created new accounts that these handles were then transferred to. After learning that your client had operated the prior accounts that stole the handles @duel and @monarch, X was fully within its contractual and legal rights to suspend your client's accounts, including @duel, @monarch, and @castle.

Your clients' conduct violates X's Terms of Service, the X Rules, and the Handle Transfer Agreement governing the handle sales, which provided that:

> "By submitting a payment, you agree to and accept these terms. … Please understand that you cannot "own" the Handle and this transfer does not grant you any right, title, and interest in and to the Handle other than as noted above. To avoid any doubt, the Handle is not "your Content" as set forth in the X Terms of Service. Please do not participate if you may not be able to access X's service.

> Your right to the Handle will also immediately terminate if you breach the terms of this Agreement. Furthermore, X reserves the right to take any action, including, for example, limiting your account's reach, suspending your account, reclaiming the Handle, and other actions as per X's Rules.
>
> All transactions are final and non-refundable, except where required by law."[1]

Following the suspensions, your clients sent fraudulent letters to X Corp. impersonating a U.S. law firm and demanding the reinstatement of the accounts. Your clients have also engaged in systematic efforts to bribe X Corp.'s employees to reinstate their accounts in order to continue promoting their online crypto casino.

In addition, your clients have continued to create new accounts to circumvent X Corp.'s enforcement measures, further violating X's restrictions on access.

Your clients are in violation of X's Terms of Service, which prohibit, among other conduct:

- Engaging in platform manipulation, which covers, among other prohibited conduct, engaging in deceptive activity that misleads others and/or manipulates or disrupts platform manipulation defenses on X;
- Trying to work around technical limitations imposed by X;
- Attempting to gain unauthorized access to the X service or related systems or networks;
- Attempting to breach X's systems and networks or to circumvent X's security measures;
- Circumventing an X permanent suspension or enforcement action, and engaging in behavior intended to evade any X remediation;
- Impersonating other identities of individuals, groups, or organizations to deceive others;
- Selling, purchasing, trading, or offering the sale, purchase, or trade of X accounts or usernames with third parties;
- Trading, buying, or soliciting access of X accounts with third parties, including the temporary or permanent transfer or sales of accounts or X usernames;
- Attempting to evade X's enforcement actions by, for example:
  - creating new accounts;
  - imitating a suspended account to replace it; or
  - repurposing an already-existing account.[2]

---

[1] *See* X Handle Transfer Agreement governing the handle sales in March, April, and June 2025, https://web.archive.org/web/20250915151026/https:/legal.x.com/en/x-handle-transfer-agreement.html.

[2] *See* X Terms of Service, https://x.com/en/tos; X Platform Manipulation and Spam Policy; X Ban Evasion Policy; X Authenticity Policy, https://help.x.com/en/rules-and-policies/authenticity.

As stated in X's Rules: "If an account has been suspended for violations of the X Rules, X reserves the right to also suspend any other account we believe the same account holder or entity may be operating in violation of our earlier suspension, regardless of when the other account was created."

In addition to violating X's Terms of Service, the X Rules, and the Handle Transfer Agreement, your clients' unlawful actions also violate the following laws, which may include criminal liability:

- The Computer Fraud and Abuse Act, which prohibits accessing without authorization, or exceeding authorized access to, X's protected computer systems, including the X service, API, and related systems or networks. *See* 18 U.S.C. § 1030(a).

- The California Comprehensive Computer Data Access and Fraud Act, which prohibits, among other conduct, knowingly accessing and without permission using X's computer networks to devise or execute any scheme or artifice to defraud, deceive, or extort. *See* Cal. Penal Code § 502(c). It also prohibits knowingly and without permission disrupting or causing the disruption of X's computer services, networks, or systems.

- The Texas Harmful Access by Computer Act, which prohibits knowingly accessing X's computer networks or systems in violation of X's Terms of Service or X's clear prohibitions. *See* Tex. Penal Code § 33.02.

- The Stored Communications Act, which prohibits accessing without authorization, or exceeding authorized access to, X's computer systems through which an electronic communication service is provided, and obtaining and/or attempting to obtain information while it is in electronic storage in such systems. *See* 18 U.S.C. § 2701(a).

- The Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.*, based on, among other unlawful conduct, suspected acts of commercial bribery.

X has already taken technical steps to deactivate your clients' X accounts, and in doing so, revoked their limited license to access the X platform. Your clients' accounts have been permanently suspended and will not be reactivated. **Your clients, their agents, employees, affiliates, and anyone acting on their behalf may not access the X websites, mobile applications, platforms, services, or networks for any reason whatsoever.** X will treat any such access as further intentional and unauthorized access to its protected computer networks.

Your clients are required to cease and desist the aforementioned activity, and any further unlawful conduct.

In addition, your clients must immediately **cease and desist**:

- Contacting X employees or contractors through any means, including via social media (LinkedIn, Instagram, etc.), in an attempt to gain access to or influence the operations of the X platform;
- Attempting to offer bribes or any form of direct or indirect compensation to any individuals affiliated or associated with X;
- Accessing, creating accounts on, retrieving information from, or otherwise interacting with the X platform, including the X websites, mobile applications, platforms, services, and networks for any reason;
- Conspiring with others to circumvent X Corp.'s content moderation measures, enforcement actions, security controls, and policies and procedures.

X Corp. reserves the right to commence legal action against your clients and to take any other appropriate measures we believe are necessary to enforce X's rights, maintain the quality of X's products, and defend the integrity of the platform.

Sincerely,

X Litigation