# EXHIBIT 14

X Handle Marketplace Beta

How it works

# Explore inactive X handles

@ Search a handle

Ask Grok for suggestions

Over 10,000+ users have claimed their handle

ex

Whop @whop

Lovable @lovable

Zama

Our industry first solution to fairly distribute handles that are not in use. Learn more

# X Handle Marketplace

help.x.com/en/using-x/x-handle-marketplace

We're empowering active users to revitalize select handles which are no longer active on the platform, helping our actively contributing users build a stronger presence on X. These handles can now be requested on the Handle Marketplace by eligible subscribers, helping ensure our user base is easily navigated with relevant handles, leading to better engagement and growth.

To participate, you will need a Premium+, Premium Business, or Premium Organizations subscription. If your transfer request is approved, you get a limited, revocable, and non-transferable license to use the handle subject to the X Handle Marketplace Terms ("Terms") and User Agreement (the X Privacy Policy, the X Purchaser Terms and all policies incorporated therein, collectively constitute the "User Agreement"). X owns all handles, and may reclaim them anytime, but only intends doing so rarely outside of violations of the Terms and Terms.

## Eligibility and subscriptions

To request and receive handles, your account must be in good standing, public, and comply with our User Agreement. Here's what you need:

| Type | Subscription |
| --- | --- |
| For Personal accounts | An Active Premium+ subscription |
| For Business or Organization accounts | Active Premium Business Full Access or Premium Organizations subscription |

**Account Age** Must be older than 3 months

**Account Authenticity** Must show clear signs of authentic, ongoing content creation (e.g., original posts, regular activity, not just reposts/shares or promotional content)

- If you are an Enterprise Premium Business customer, you may qualify for reserved allocations. See the section below.
- Failure to meet eligibility can lead to denied requests or reclaimed handles, with no refund except as required by law.

For more on subscriptions, visit About X Premium or About Premium Business and Premium Organizations.

## How to access the X Handle Marketplace

- Log in to your X account.
- Go to https://handles.x.com. You can also access the X Handle Marketplace by clicking the "Request an inactive handle" tab in Premium Hub.
- Search for available handles from the same account you want to use it on.
- Request an available handle.
- Accept the X Handle Marketplace Terms.

If you encounter issues, contact support via the support tool at https://handles.x.com, accessible from the menu or bottom right of the screen.

## How to request a handle transfer

Find an available handle in the Marketplace, then submit your request. You will need:

- An eligible subscription.

- Agreement to the X Handle Marketplace Terms, including ongoing content creation (see “Maintaining your handle” below) and compliance with X’s Rules.
- For some handles: A transfer fee and an explanation of why you want the handle
- Depending on the handle you’re requesting, you may be prompted to go through a short ID Verification process.
- Most requests require at least 7 days for a decision, but depending on volume response times may vary.

## Why requests might be denied

Handle requests may be denied by X, some common denial reasons include:

- Ineligibility, e.g. missing the correct tier of premium subscription.
- Policy violations or impersonation concerns.
- Handle unavailability or reservation for other purposes.

Some listed Handles may receive multiple requests from a variety of users. We prioritize active, eligible users to help ensure handles drive positive engagement on the platform.

## Maintaining your handle

Once your handle is transferred you must ensure you continue to meet the below criteria:

- Create content regularly. If an account is active but the associated handle remains largely dormant – for example, where little or no original or engaging content is published – X may reclaim the handle.
- Use the handle in a way that reflects the spirit of participation and expression on X. That means active involvement in platform activities (replying, reposting, discussing topics) that help build a vibrant community for sharing ideas and expressions. X’s intent is to ensure that handles remain available for active voices and creators who help advance the mission of the platform, not for speculation or inactivity.
- Ensure regular activity on the platform, with a minimum of 1 device login within a 30 day period. For details, see our Inactive Account Policy.
- Follow X's Rules, Terms of Service, Purchaser Terms, and X Handle Marketplace Terms.

- Users who did not pay a Transfer Price with their handle transfer must also maintain their subscription. If your subscription lapses, you have 30 days to reinstate it before we reclaim the handle. Non-compliance may lead to reclamation without notice or refund, except as required by law. Users who pay a transfer price for a handle only need the required subscription when they make payment, but do not need to maintain it after the handle has been transferred.

Failure to meet the above criteria may result in X reclaiming the handle without notice and without refund (except as required by law).

Please note that X owns the handles – you receive a limited, revocable non-transferable license to use them, subject to the Terms and X's Rules and Policies. X can reclaim a handle at any time for any (or no) reason, as outlined in the Terms.

## Costs and transfer price

Many handles, like firstname-lastname combinations or multi-word business names, can come as a perk with your Premium+, Premium Business Full Access, or Premium Organizations subscription.

Some handles are invite only and require payment of a Transfer Price, which varies by handle. This is most common for handles with higher commercially-related value. All payments are final and non-refundable. Taxes may apply via our payment platform.

## What determines the transfer price?

If a transfer price is required by X, it is based on factors such as commercial value alongside rarity, demand, and market dynamics. Typical fees may start in the 5 figure region (USD) and span into the 7 figure range (USD). Prices may differ by release method.

## The transfer process

If approved:

- Pay any Transfer Price and complete business or personal verifications, if required by X.
- We will transition your previous handle to the newly approved one.
- Your followers, posts, DMs, and settings are unaffected.

Your previous handle is frozen for a period of time, meaning it is unavailable to other users. As part of the transfer process you'll receive a limited, non-transferable license to your new

handle. X owns and can reclaim any handle as per the Terms.

## Can I transfer the handle to a different account?

Requests on the Handle Marketplace must come from the account you will use the handle on. You cannot request a handle you intend to use on another account. Premium Business users can contact support via the support tool at https://handles.x.com, accessible from the menu or bottom right, for help with new account associations. Additional fees may apply for custom requests.

## Reserved allocations for Premium Business Enterprise users

Enterprise Premium Business customers may be able to access exclusive reserved handles tailored to their brand or industry. Contact X Enterprise support via the support tool at https://handles.x.com, accessible from the menu or bottom right, to inquire about availability and custom allocations.

## If a handle is unavailable

Unavailability could mean:

- An active user still holds it.
- It is ineligible for the Marketplace, like reserved or excluded per policy.
- Other reasons, such as an ongoing review.

For some currently unavailable handles, you can use the “Register your interest option.” We will then attempt to notify you if the handle becomes available for request in the future. Enable email notifications within your X account settings to stay informed.

## Preparing for a handle change

A new handle might confuse followers. Old tags or links could break. Once approved, we suggest you:

- Post an announcement about the change.
- Update your bio and profile.
- Monitor for impersonation or missed interactions.

- For tips, see Change your X username at https://help.x.com/managing-your-account/change-x-username.

## Limits on handle transfers

You are limited to one transfer every six months per account. Note that if you change your handle after receiving a handle through the X Handle Marketplace, X reclaims the Handle you previously received through the X Handle Marketplace.

To revert to your old handle, contact support via the support tool at https://handles.x.com, accessible from the menu or bottom right. We will reclaim the Marketplace handle, which may again be made available to other eligible users to request.

## Can I sell or transfer my handle?

No. Your license is non-transferable and for your use only. Attempts to sell or transfer will revoke rights, reclaim the handle without refund, and may result in X suspending involved accounts per our Rules. This includes the sale of the whole account to another entity. For any questions please reach out via the support tool at https://handles.x.com, accessible from the menu or bottom right of the screen.

## Canceling participation

## Troubleshooting and support

- Request denied? Check eligibility and resubmit if needed. Our support team may reach out to let you know why your request was denied.
- Payment issues? Review our Purchaser Terms at https://legal.x.com/purchaser-terms.
- Reclamation concerns? Appeal via the notification email.
- For help, use the support tool at https://handles.x.com, accessible from the menu or bottom right. Enterprise users can access VIP support.

**Share this article**