# EXHIBIT 15

**Handle Marketplace** @XHandles · Oct 18, 2025

Handles are coming...

Join the waitlist at handles.x.com




1.1K 1.9K 6.8K 6.1M

**Handle Marketplace** @XHandles · Oct 18, 2025

The X Handle Marketplace is our industry-first solution to redistribute handles that are no longer in use.

Eligible Premium subscribers will be able to search and make requests, with both complimentary and paid options available.

40 105 1K 342K

**Handle Marketplace** @XHandles · Oct 21, 2025

What's your dream @?

Join the waitlist now for early access.

handles.x.com




268 152 922 397K

**Handle Marketplace** @XHandles · Oct 29, 2025

We are opening up to more users on the waitlist today.

Make sure to register soon if you haven't yet:

handles.x.com

> **DamX** @0xdamx · Oct 29, 2025
>
> finally 😔💙




119 · 24 · 519 · 75K

**Handle Marketplace** @XHandles · Nov 3, 2025

Demand for inactive handles has been higher than expected! We're processing requests as fast as we can. Waitlisted users will receive access in the coming days and weeks, with priority given to Premium+ subscribers. Thanks for your patience.

178 40 791 70K

**Handle Marketplace** @XHandles · Nov 6, 2025

More Premium+ users are getting access today. We'll continue rolling out to additional users over the coming days and weeks. Access is prioritized by Premium tier and waitlist position.

142 45 588 97K

**Handle Marketplace** @XHandles · Nov 10, 2025

Another 1000 Premium+ users have just been granted access from the waitlist.

180 30 702 68K

**Handle Marketplace** @XHandles · Nov 10, 2025

Sign up to save your spot:




From handles.x.com

13 4 65 15K

**Handle Marketplace**
@XHandles

All Premium+ and Premium Business members now have full access to the Handle Marketplace.

Just open your Premium Hub on any device and tap the new link.

We hope you find the handle you've always wanted.




1:18 PM · Nov 21, 2025 · **506.7K** Views