# EXHIBIT 16

Case 4:26-cv-01254-O Document 1-18 Filed 09/28/26 Page 2 of 4 PageID 189
archive.today webpage capture
Saved from https://www.theverge.com/news/802474/x-is-launching-a-marketplace-for-ina search
19 Oct 2025 22:28:20 UTC
no other snapshots from this url
All snapshots from host www.theverge.com
Webpage Screenshot
share download .zip report bug or abuse Buy me a coffee


NEWS TECH TWITTER - X

# X is launching a marketplace for inactive handles / Premium subscribers will be able to search and request usernames that have been unavailable.

by Terrence O'Brien
Oct 19, 2025, 8:44 PM UTC



Image: The Verge



Terrence O'Brien is the Verge's weekend editor. He has over 18 years of experience, including 10 years as managing editor at Engadget.

Premium Plus and Premium Business users will soon be able to browse and request inactive usernames on the X Handle Marketplace. Handles are going to be broken up into two broad categories. Priority handles will be free and "often include full names, multi-word phrases, or alphanumeric combinations." Rare handles, on the other hand, will be a

paid option, and "may be priced anywhere from $2,500 to over seven figures, depending on demand and uniqueness."

X is treating this not as a one-time perk, but as an ongoing service to lure in more paid subscribers. If you secure a new handle, your old one will be frozen. The company says it may eventually offer a redirect option as a paid add-on. But more importantly, if you ever downgrade your X subscription, your account will revert back to your original username, and you'll lose access to the one you snagged through the marketplace.

**Follow topics and authors** from this story to see more like this in your personalized homepage feed and to receive email updates.

+ TERRENCE O'BRIEN + NEWS + TECH + TWITTER - X

More in News



8BitDo's new collection celebrates the NES's 40th anniversary




Facebook's new button lets its AI look at photos you haven't uploaded yet



The US has a new roadmap for fusion energy, without the funds to back it up



Ex-lidar CEO makes a bid to reclaim his company



Amazon's Ring now works with video



Atari's resurrecting the Intellivision, one of its

Top Stories

5:20 PM UTC
**March of the frogs**

1:00 PM UTC
**Opera's Neon shows just how confusing AI browsers still are**

12:00 PM UTC
**Time to catch 'em all again**

5:24 PM UTC
**You need to read the epic Argentinian horror novel Our Share of Night**

12:00 PM UTC
**The AI sexting era has arrived**

1:30 PM UTC
**The Sony Watchman was must-see TV**

surveillance company Flock

biggest competitors in the '80s



© 2025 VOX MEDIA, LLC. ALL RIGHTS RESERVED