# EXHIBIT 17









IMAGE CREDITS: MATT CARDY / CONTRIBUTOR / GETTY IMAGES

APPS

# X to launch marketplace for buying inactive handles

Aisha Malik 6:53 AM PDT · October 20, 2025

X is launching a marketplace for inactive handles that will allow Premium subscribers to request and purchase usernames. The marketplace will offer both free and paid options for requesting or acquiring eligible handles. Rare handles could be priced at anywhere from $2,500 to over seven figures, X says.

"Priority" handles refers to usernames that often include full names, multi-word phrases, or alphanumeric combinations. These handles are free to request for Premium+ and Premium Business subscribers. If a user's request is approved, X will transfer the handle to them for free. However, if a user cancels or downgrades their subscription, their old handle will return to their account after a 30-day grace period.

DISRUPT
Mark Wahlberg joins Disrupt 2026
Also hear from Anthropic, Rivian, and 250+ leaders in 200+ sessions across six industry stages.
October 13 – 15 | San Francisco
REGISTER NOW


X notes that examples of "Priority" handles include usernames like @GabrielJones, @PizzaEater, and @ParadoxAI.

The launch of the new marketplace will allow X to boost revenue through direct payments. It will also potentially increase interest in its Premium subscription offering, as it continues to deal with a struggling ads business.

The social network says not all requests are approved and that requests are usually reviewed within three business days. Once a request is approved, the user's old handle is reserved and won't be given to anyone else.

"Rare" handles include short, generic, or culturally significant names. These handles won't be available through standard requests and will instead be offered through public drops and direct, pre-priced purchases available by invitation only.

For public drops, multiple people can apply for the handle. X says selection is based on a user's past contributions on the platform, their intended use of the handle, and their engagement and reach on the social network.

As for direct purchases, pricing is based on a number of factors, such as popularity of the word, character length, and cultural significance. Once purchased, the user gets to keep the handle even if their Premium subscription ends.

Examples of "Rare" handles include usernames like @Pizza, @Tom, and @One.

X explained on a help page that it's launching the marketplace instead of releasing inactive handles at once for anyone to claim because it wants to prevent bot spam or misuse, noting that the marketplace "allows for fair and secure distribution through a controlled process."



First European
First European
Open

If a user has a specific inactive handle in mind that isn't on the marketplace, they can "Register" their interest to add the handle to their Watchlist. It it becomes available, X will notify them.

Topics: Apps Social Twitter X

*When you purchase through links in our articles, we may earn a small commission. This doesn't affect our editorial independence.*



We Are the One-Stop Shop for Setting up Your European Hub
Open


**Aisha Malik**
Consumer News Reporter | [redacted]

Aisha is a consumer news reporter at TechCrunch. Prior to joining the publication in 2021, she was a telecom reporter at MobileSyrup. Aisha holds an honours bachelor's degree from University of Toronto and a master's degree in journalism from Western University....

View Bio >

KEEP READING