# EXHIBIT 18

QUESTION OF THE DAY

# Will $2,500 get you a rare handle on X if someone else stops using it?

Answer: Possibly.

October 21, 2025 • News Staff




Adobe Stock/pitipat

X is looking to cash in on some people's desire to get the perfect social media handle. The platform formerly known as Twitter is teasing a new feature that will

allow users to purchase a handle if its current user has been inactive for too long.

The X Handle Marketplace doesn't have a launch date yet, but there is an active waitlist for it. Premium+ and Premium Business subscribers will be able to use it to request free handles (as part of their subscription) or purchase especially rare ones. The price for such high-demand handles will start at $2,500 but could be "over seven figures, depending on demand and uniqueness," according to X.

For the less-rare free "priority handles," users will be able to submit a request through the marketplace for X to review and either approve or deny. The company also plans to occasionally offer a rare handle in a free giveaway, with the winning applicant being chosen "based on merit."

ADVERTISEMENT




If you don't want to see someone else get your X handle, it's best to make sure you log in at least once every 30 days to keep your account active.

**News Staff**

**SEE MORE STORIES BY NEWS STAFF**

ADVERTISEMENT




**GOVTECH TODAY**

Delivered daily to your inbox to stay on top of the latest state & local government technology trends.

Email Address*

**FREE NEWSLETTER SIGN UP**

ADVERTISEMENT




©2026 ALL RIGHTS RESERVED. E.REPUBLIC LLC
DO NOT SELL MY PERSONAL INFORMATION I PRIVACY & AI

Governing
government technology
INDUSTRY INSIDER
INDUSTRY NAVIGATOR
CENTER FOR DIGITAL GOVERNMENT
CENTER FOR DIGITAL EDUCATION
CENTER FOR PUBLIC SECTOR AI
Emergency Management