# EXHIBIT 20

GIBBS & BRUNS LLP

Caitlin A. Halpern
chalpern@gibbsbruns.com
713.751.5228

June 5, 2026

***Via E-Mail***
Amy Gomes
Senior Case Administrator
AmyGomes@adr.org

Re: *Immortal Snail, LLC v. X Corp.*, Case Number 01-26-0001-6924

Dear Ms. Gomes:

I am writing to advise the AAA that X Corp. never contracted to arbitrate this dispute. X Corp. has not and does not consent to resolve this dispute with Immortal Snail in arbitration.

Immortal Snail alleges breach of a Handle Transfer Agreement ("HTA") that it entered into in March, April, and June of 2025, which requires that this dispute be resolved "in the federal or state courts located in Tarrant County, Texas."[1] Immortal Snail also agreed to X's Terms of Service and X's Purchaser Terms, both of which require that all disputes be resolved in Texas court.

Instead of filing suit in court, Immortal Snail relies on a different version of the HTA that applies only to transactions executed *after* October 13, 2025, months after the transactions at issue occurred. Even that document, which is not the parties' contract, establishes that no arbitration agreement exists. The arbitration clause in it applies "**ONLY IF YOU LIVE IN THE UNITED STATES**." Immortal Snail admits that it is not located in the United States and is incorporated abroad. In fact, it operates an online gambling platform that is not authorized to do business, and is illegal, in the United States.[2]

Immortal Snail has not put forth any contract entered by the parties that contains an arbitration agreement. The parties' contracts require this dispute to be brought solely in court.

**X's Terms of Service require this dispute to be brought in Texas court.**

Immortal Snail purchased three account handles on X's Handle Marketplace in March 2025, April 2025, and June 2025. To purchase those handles, Immortal Snail was required to have

[1] A true and correct copy of the Handle Transfer Agreement entered by the parties that governs the handle sales is attached hereto as **Exhibit A**. A printout of the Wayback Machine showing the Handle Transfer Agreement on X's webpage as late as September 2025 is attached hereto as **Exhibit B**, and is available at https://web.archive.org/web/20250915151026/https://legal.x.com/en/x-handle-transfer-agreement.html.
[2] *See* Duel Terms of Service, https://duel.com/policies/tos ("Due to specific laws and regulations, we are not allowed to accept players from … the United States of America ...").

an X account. To create an account or use the X platform at x.com, users must agree to X's Terms of Service, available at x.com/tos. The Terms of Service provide—and have always provided—that any disputes must be brought in court.[3] The Terms of Service in effect at the relevant time provide that, "All disputes related to these Terms or [X's] Services … will be brought exclusively in the U.S. District Court for the Northern District of Texas or state courts located in Tarrant County, Texas."[4] Therefore, Immortal Snail agreed to litigate this dispute in court.

**X's Purchaser Terms require this dispute to be brought in Texas court.**

To purchase the handles, Immortal Snail was also required to have an active X Premium subscription and agree to X's Purchaser Terms of Service ("Purchaser Terms"), which incorporate by reference X's Terms of Service.[5] The Purchaser Terms also provide that, "All disputes related to these Terms, including any disputes, claims, or controversies arising out of or relating to these Terms, will be brought exclusively in the U.S. District Court for the Northern District of Texas or state courts located in Tarrant County, Texas, United States." Therefore, Immortal Snail agreed to litigate this dispute in court.

**The Handle Transfer Agreement requires this dispute to be brought in Texas court.**

By submitting each payment to purchase the handles at issue, Immortal Snail agreed to X's Handle Transfer Agreement that was in effect at the time and was available at https://legal.x.com/en/x-handle-transfer-agreement.html. *See* Immortal Snail's Statement of Claim ("Claim") Ex. 1; the version of the HTA on X's webpage and in effect at the time, https://web.archive.org/web/20250915151026/https://legal.x.com/en/x-handle-transfer-agreement.html; and Exhibits A and B hereto.

That Handle Transfer Agreement provides that: "By submitting a payment, you agree to and accept these terms. ... All disputes related to this Agreement will be brought solely in the federal or state courts located in Tarrant County, Texas, United States ... These Terms constitute the entire agreement between you and X with respect to the Handle transfer only, and do not supersede the Rules, and any other agreements you may have with X." The Handle Transfer Agreement does not contain any provisions stating that it may be amended, modified, or superseded.

The document attached to the Claim as Exhibit 3 is not the operative Handle Transfer Agreement. That document was published on October 13, 2025, and it applies only to transactions *after* that date. Eligible users agree to the October 2025 version only by participating in X's Handle Marketplace, for instance, by "searching for, or requesting transfer of a Handle," on or after October 13, 2025. Claim Ex. 3 at 3. Immortal Snail alleges that it accessed and used the Handle

---

[3] https://x.com/en/tos/previous (All Previous Versions of Terms of Service).

[4] https://x.com/en/tos/previous/version_20 (Terms of Service effective Nov. 15, 2024).

[5] *See* X Handle Marketplace, https://help.x.com/en/using-x/x-handle-marketplace; X Purchaser Terms of Service, https://legal.x.com/en/purchaser-terms.html; Wayback Machine of X's Purchaser Terms in March 2025, https://web.archive.org/web/20250325091913/https://legal.x.com/en/purchaser-terms.html.

Marketplace between March and June 2025, months before this version took effect. *See* Claim ¶¶ 9-11.

Immortal Snail attempts to rely on the October 2025 version because it contains an arbitration clause. Even that document, which is not the parties' contract, establishes that no arbitration agreement exists. The arbitration clause in that document states in bolded, capital letters, "**THIS SECTION APPLIES TO YOU ONLY IF YOU LIVE IN THE UNITED STATES**." Claim Ex. 3, at 3, 11. Immortal Snail admits that it does not live in the United States; it is an entity incorporated in St. Kitts & Nevis. *Id.* ¶ 7, Ex. 1. It operates an online gambling platform that is not authorized to do business, and is in fact illegal, in the United States.

**The parties never agreed to arbitrate this dispute.**

Immortal Snail has not put forth any contract entered by the parties that contains an arbitration agreement. All of the parties' contracts – X's Terms of Service, Purchaser Terms, and the HTA governing the handle sales – require that this dispute be brought exclusively in Texas court. None of the parties' contracts contain an arbitration agreement. Therefore, the parties never agreed to arbitrate this dispute.

The U.S. Supreme Court has repeatedly held that, "arbitration is a matter of contract and a party cannot be required to submit to arbitration any dispute which he has not agreed so to submit." *Howsam v. Dean Witter Reynolds, Inc.*, 537 U.S. 79, 83 (2002) (citation omitted); *see also, e.g.*, *Lamps Plus, Inc. v. Varela*, 587 U.S. 176, 184 (2019). Even where "parties have agreed to two contracts—one sending arbitrability disputes to arbitration, and the other either explicitly or implicitly sending arbitrability disputes to the courts—a court must decide which contract governs." *Coinbase, Inc. v. Suski*, 602 U.S. 143, 152 (2024) (per curiam).

X Corp. never contracted to arbitrate this dispute or to have an arbitrator decide the question of arbitrability.[6] Accordingly, X declines to submit a Checklist for Conflicts or Arbitrator Selection Form. X reserves all rights.

Sincerely,

C. Halpern

Caitlin Halpern

---

[6] *See Coinbase*, 602 U.S. at 145 ("Arbitration is a matter of contract and consent, and we have long held that disputes are subject to arbitration if, and only if, the parties actually agreed to arbitrate those disputes."); *Lamps*, 587 U.S. at 185-86 ("[W]e presume that parties have not authorized arbitrators to resolve certain 'gateway' questions, such as whether the parties have a valid arbitration agreement at all or whether a concededly binding arbitration clause applies to a certain type of controversy. Although parties are free to authorize arbitrators to resolve such questions, we will not conclude that they have done so based on 'silence or ambiguity' in their agreement, because doing so might too often force unwilling parties to arbitrate a matter they reasonably would have thought a judge, not an arbitrator, would decide.") (cleaned up).

cc: all counsel of record [via electronic mail]

# EXHIBIT A

# X Handle Transfer Agreement

## X Handle Transfer Agreement

August 1, 2024

**X reserves the right to reclaim the Handle from you at any time, and for any reason, including no reason.**

This Handle Transfer Agreement (this "**Agreement**"), is by and between X Corp., its affiliates and subsidiaries, ("**X**" or "**us**") and you or your organization, its affiliates and subsidiaries ("**Transferee**" or "**you**"), and is effective as of the date of a completed payment ("**Effective Date**"). The Parties agree that as of the Effective Date, Transferee shall be transferred, subject to the transfer terms outlined below (the "**Terms**"), the handle (the "**Handle**") for use on the X platform. As consideration for the transfer of the Handle, Transferee shall make a one-time payment to X in the amount listed in the payment invoice upon the execution of this agreement (the "**Transfer Price**"). By submitting a payment, you agree to and accept these terms.

In the event that X reclaims the Handle from you, X may refund your one-time cash payment, up to the full amount of the Transfer Price paid in cash, unless X finds you to be in violation of any of these Terms or Rules (defined below).

As a recipient of the Handle, you agree to these Terms by and between you and X. The Handle is how you're identified on X and are displayed with your X account(s). As the recipient of the Handle, X grants you a limited and non-transferable right to use the Handle subject to its Terms of Service (https://x.com/tos), policies, and other rules, including any code of conduct (the "**Rules**"). X's Rules can be found at https://help.x.com/rules-and-policies (https://help.x.com/rules-and-policies). Please understand that you cannot "own" the Handle and this transfer does not grant you any right, title, and interest in and to the Handle other than as noted above. To avoid any doubt, the Handle is not "your Content" as set forth in the X Terms of Service. Please do not participate if you may not be able to access X's service.

Your right to the Handle will also immediately terminate if you breach the terms of this Agreement. Furthermore, X reserves the right to take any action, including, for example, limiting your account's reach, suspending your account, reclaiming the Handle, and other actions as per X's Rules. You may not use the Handle in any manner that is objectionable, likely to cause confusion or dilute, blur, or tarnish X. All use of the Handle, including any goodwill generated by such use, shall inure to the benefit of X.

As the recipient of the Handle, you may either "swap" your current handle(s) with the Handle or create new accounts with the Handle. Please note that you may not be able to immediately "swap" to the Handle, including, for example, while waiting for any financial transaction to complete or to meet any other obligations it may have to

its payment processor or any other entity or agency. You agree to work with X subject to our procedures, at our sole discretion, to complete a "swap" or create new accounts with the Handle. You may not transfer the Handle to a third party. Any attempt to do so will immediately terminate your right to the Handle. All transactions are final and non-refundable, except where required by law.

**X provides the Handle, on an "AS IS" basis, and expressly disclaims any warranties or conditions of any kind, either express or implied, including, without limitation, any warranties or conditions of title, non-infringement, merchantability, or fitness for a particular purpose. In no event will X or its affiliates be liable for any indirect, incidental, consequential, or other non-direct damages of any kind, even if advised of the possibility of such damages. The maximum aggregate liability of X for all damages and causes of action, whether in contract, tort (including negligence) or otherwise, shall be $100.**

You agree that you will: (a) not disclose the Confidential Information to anyone except as necessary to perform your obligations hereunder; and (b) protect the Confidential Information against unauthorized use, copying, disclosure, dissemination or publication by using at least the same degree of care as you use to protect your own confidential information, but in no case less than a reasonable degree of care. You may disclose Confidential Information required to be disclosed by law, provided that you will: (i) notify X promptly upon learning of any court order or other legal requirement that purports to compel disclosure of any Confidential Information, unless notice is prohibited by law; and (ii) cooperate with X (at X's expense) in the exercise of X's right to protect the confidentiality of the Confidential Information. "**Confidential Information**" means any non-public, proprietary information disclosed to you by X, which is labeled or otherwise clearly identified or reasonably considered under the circumstances as confidential or proprietary, including, but not limited to, the material terms of this Agreement, cost, and other unpublished financial information. Confidential Information does not include information that: (1) was known to you before receipt thereof from or on behalf of X; (2) is disclosed to you by a third party without any obligation of confidentiality to X; (3) is or becomes generally known without violation of this Agreement by you; or (4) is independently developed by you without reference to the Confidential Information.

The laws of the State of Texas, excluding its choice of law provisions, will govern this Agreement and any dispute that arises between you and X. All disputes related to this Agreement will be brought solely in the federal or state courts located in Tarrant County, Texas, United States, and you consent to personal jurisdiction and waive any objection as to inconvenient forum.

If a court of competent jurisdiction holds any provision of this Agreement invalid or unenforceable, the remaining provisions of the Agreement will remain in effect, and the provision affected will be construed to be enforceable to the maximum extent permissible by law.

These Terms constitute the entire agreement between you and X with respect to the Handle transfer only, and do not supersede the Rules, and any other agreements you may have with X.

## X platform

- X.com (https://x.com/)
- Status (https://docs.x.com/status/status)
- Accessibility (https://help.x.com/resources/accessibility)
- Embed a post (https://publish.x.com)
- Privacy Center (https://privacy.x.com/)
- Transparency Center (https://transparency.x.com/)
- Download the X app (https://help.x.com/using-x/download-the-x-app)
- Try Grok.com (https://grok.com)

## X Corp.

- About the company (https://about.x.com/en/who-we-are/our-company.html)
- Company news (https://blog.x.com/)
- Brand toolkit (https://about.x.com/en/who-we-are/brand-toolkit.html)
- Jobs and internships (https://careers.x.com/)
- Investors (https://investor.twitterinc.com/)

## Help

- Help Center (https://help.x.com/)
- Using X (https://help.x.com/en/using-twitter)
- X for creators (https://create.x.com/)
- Ads Help Center (https://business.x.com/en/help.html)
- Managing your account (https://help.x.com/en/managing-your-account)
- Email Preference Center (https://preferencecenter.x.com/)
- Rules and policies (https://help.x.com/en/rules-and-policies)
- Contact us (https://help.x.com/en/forms.html)

## Developer resources

- Developer home (https://developer.x.com/en)
- Documentation (https://developer.x.com/en/docs)
- Forums (https://twittercommunity.com/)
- Communities (https://developer.x.com/en/community)
- Developer blog (https://blog.x.com/developer/)
- Engineering blog (https://blog.x.com/engineering/en_us.html)
- Developer terms (https://developer.x.com/en/more/developer-terms)

## Business resources

- Advertise (https://business.x.com/en/advertising.html)
- X for business (https://business.x.com/)
- Resources and guides (https://business.x.com/en/resources.html)
- X for marketers (https://marketing.x.com/)
- Marketing insights (https://marketing.x.com/en/insights)
- Brand inspiration (https://marketing.x.com/en/success-stories)
- X Ads Academy (https://www.xadsacademy.com/sl/5c3e29ed)

© 2025 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)

Privacy (https://x.com/privacy)

Terms and conditions (https://x.com/tos)

# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20250915151026/https://leg…

# X Handle Transfer Agreement

## X Handle Transfer Agreement

August 1, 2024

**X reserves the right to reclaim the Handle from you at any time, and for any reason, including no reason.**

This Handle Transfer Agreement (this "**Agreement**"), is by and between X Corp., its affiliates and subsidiaries, ("**X**" or "**us**") and you or your organization, its affiliates and subsidiaries ("**Transferee**" or "**you**"), and is effective as of the date of a completed payment ("**Effective Date**"). The Parties agree that as of the Effective Date, Transferee shall be transferred, subject to the transfer terms outlined below (the "**Terms**"), the handle (the "**Handle**") for use on the X platform. As consideration for the transfer of the Handle, Transferee shall make a one-time payment to X in the amount listed in the payment invoice upon the execution of this agreement (the "**Transfer Price**"). By submitting a payment, you agree to and accept these terms.

In the event that X reclaims the Handle from you, X may refund your one-time cash payment, up to the full amount of the Transfer Price paid in cash, unless X finds you to be in violation of any of these Terms or Rules (defined below).

As a recipient of the Handle, you agree to these Terms by and between you and X. The Handle is how you're identified on X and are displayed with your X account(s). As the recipient of the Handle, X grants you a limited and non-transferable right to use the Handle subject to its Terms of Service (https://web.archive.org/web/20250915151026/https://x.com/tos), policies, and other rules, including any code of conduct (the "**Rules**"). X's Rules can be found at https://help.x.com/rules-and-policies (https://web.archive.org/web/20250915151026/https://help.x.com/rules-and-policies). Please understand that you cannot "own" the Handle and this transfer does not grant you any right, title, and interest in and to the Handle other than as noted above. To avoid any doubt, the Handle is not "your Content" as set forth in the X Terms of Service. Please do not participate if you may not be able to access X's service.

Your right to the Handle will also immediately terminate if you breach the terms of this Agreement. Furthermore, X reserves the right to take any action, including, for example, limiting your account's reach, suspending your account, reclaiming the Handle, and other actions as per X's Rules. You may not use the Handle in any manner that is objectionable, likely to cause confusion or dilute, blur, or tarnish X. All use of the Handle, including any goodwill generated by such use, shall inure to the benefit of X.

As the recipient of the Handle, you may either "swap" your current handle(s) with the Handle or create new accounts with the Handle. Please note that you may not be able to immediately "swap" to the Handle, including, for example, while waiting for any financial transaction to complete or to meet any other obligations it may have to its payment processor or any other entity or agency. You agree to work with X subject to our procedures, at our sole discretion, to complete a "swap" or create new accounts with the Handle. You may not transfer the Handle to a third party. Any attempt to do so will immediately terminate your right to the Handle. All transactions are final and non-refundable, except where required by law.

**X provides the Handle, on an "AS IS" basis, and expressly disclaims any warranties or conditions of any kind, either express or implied, including, without limitation, any warranties or conditions of title, non-infringement, merchantability, or fitness for a particular purpose. In no event will X or its affiliates be liable for any indirect, incidental, consequential, or other non-direct damages of any kind, even if advised of the possibility of such damages. The maximum aggregate liability of X for all damages and causes of action, whether in contract, tort (including negligence) or otherwise, shall be $100.**

You agree that you will: (a) not disclose the Confidential Information to anyone except as necessary to perform your obligations hereunder; and (b) protect the Confidential Information against unauthorized use, copying, disclosure, dissemination or publication by using at least the same degree of care as you use to protect your own confidential information, but in no case less than a reasonable degree of care. You may disclose Confidential Information required to be disclosed by law, provided that you will: (i) notify X promptly upon learning of any court order or other legal requirement that purports to compel disclosure of any Confidential Information, unless notice is prohibited by law; and (ii) cooperate with X (at X's expense) in the exercise of X's right to protect the confidentiality of the Confidential Information. "**Confidential Information**" means any non-public, proprietary information disclosed to you by X, which is labeled or otherwise clearly identified or reasonably considered under the circumstances as confidential or proprietary, including, but not limited to, the material terms of this Agreement, cost, and other unpublished financial information. Confidential Information does not include information that: (1) was known to you before receipt thereof from or on behalf of X; (2) is disclosed to you by a third party without any obligation of confidentiality to X; (3) is or becomes generally known without violation of this Agreement by you; or (4) is independently developed by you without reference to the Confidential Information.

The laws of the State of Texas, excluding its choice of law provisions, will govern this Agreement and any dispute that arises between you and X. All disputes related to this Agreement will be brought solely in the federal or state courts located in Tarrant County, Texas, United States, and you consent to personal jurisdiction and waive any objection as to inconvenient forum.

If a court of competent jurisdiction holds any provision of this Agreement invalid or unenforceable, the remaining provisions of the Agreement will remain in effect, and the provision affected will be construed to be enforceable to the maximum extent permissible by law.

These Terms constitute the entire agreement between you and X with respect to the Handle transfer only, and do not supersede the Rules, and any other agreements you may have with X.

## X platform

- X.com (https://web.archive.org/web/20250915151026/https://x.com/)
- Status (https://web.archive.org/web/20250915151026/https://docs.x.com/status)
- Accessibility (https://web.archive.org/web/20250915151026/https://help.x.com/resources/accessibility)
- Embed a post (https://web.archive.org/web/20250915151026/https://publish.x.com/)
- Privacy Center (https://web.archive.org/web/20250915151026/https://privacy.x.com/)
- Transparency Center (https://web.archive.org/web/20250915151026/https://transparency.x.com/)
- Download the X app (https://web.archive.org/web/20250915151026/https://help.x.com/using-x/download-the-x-app)
- Try Grok.com (https://web.archive.org/web/20250915151026/https://grok.com/)

## X Corp.

- About the company (https://web.archive.org/web/20250915151026/https://about.x.com/en/who-we-are/our-company.html)
- Company news (https://web.archive.org/web/20250915151026/https://blog.x.com/)
- Brand toolkit (https://web.archive.org/web/20250915151026/https://about.x.com/en/who-we-are/brand-toolkit.html)
- Jobs and internships (https://web.archive.org/web/20250915151026/https://careers.x.com/)
- Investors (https://web.archive.org/web/20250915151026/https://investor.twitterinc.com/)

## Help

- Help Center (https://web.archive.org/web/20250915151026/https://help.x.com/)
- Using X (https://web.archive.org/web/20250915151026/https://help.x.com/en/using-twitter)
- X for creators (https://web.archive.org/web/20250915151026/https://create.x.com/)
- Ads Help Center (https://web.archive.org/web/20250915151026/https://business.x.com/en/help.html)
- Managing your account (https://web.archive.org/web/20250915151026/https://help.x.com/en/managing-your-account)
- Email Preference Center (https://web.archive.org/web/20250915151026/https://preferencecenter.x.com/)
- Rules and policies (https://web.archive.org/web/20250915151026/https://help.x.com/en/rules-and-policies)
- Contact us (https://web.archive.org/web/20250915151026/https://help.x.com/en/forms.html)

## Developer resources

- Developer home (https://web.archive.org/web/20250915151026/https://developer.x.com/en)
- Documentation (https://web.archive.org/web/20250915151026/https://developer.x.com/en/docs)
- Forums (https://web.archive.org/web/20250915151026/https://twittercommunity.com/)
- Communities (https://web.archive.org/web/20250915151026/https://developer.x.com/en/community)
- Developer blog (https://web.archive.org/web/20250915151026/https://blog.x.com/developer/)
- Engineering blog (https://web.archive.org/web/20250915151026/https://blog.x.com/engineering/en_us.html)
- Developer terms (https://web.archive.org/web/20250915151026/https://developer.x.com/en/more/developer-terms)

# Business resources

- Advertise (https://web.archive.org/web/20250915151026/https://business.x.com/en/advertising.html)
- X for business (https://web.archive.org/web/20250915151026/https://business.x.com/)
- Resources and guides (https://web.archive.org/web/20250915151026/https://business.x.com/en/resources.html)
- X for marketers (https://web.archive.org/web/20250915151026/https://marketing.x.com/)
- Marketing insights (https://web.archive.org/web/20250915151026/https://marketing.x.com/en/insights)
- Brand inspiration (https://web.archive.org/web/20250915151026/https://marketing.x.com/en/success-stories)
- X Ads Academy (https://web.archive.org/web/20250915151026/https://www.xadsacademy.com/sl/5c3e29ed)

© 2025 X Corp.

Cookies (https://web.archive.org/web/20250915151026/https://help.x.com/rules-and-policies/twitter-cookies)

Privacy (https://web.archive.org/web/20250915151026/https://x.com/privacy)

Terms and conditions (https://web.archive.org/web/20250915151026/https://x.com/tos)