# EXHIBIT 21

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Northeast Case Management Center
Elizabeth Corsetti, JD
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053

June 24, 2026

Kevin C. Kaplan, Esq.
Coffey Burlington
2601 South Bayshore Drive
Penthouse 1
Miami, FL 33133
Via Email to: kkaplan@coffeyburlington.com

Caitlin A. Halpern, Esq.
Gibbs & Bruns, LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
Via Email to: chalpern@gibbsbruns.com

Case Number: 01-26-0001-6924
Immortal Snail, LLC
-vs-
X Corp.

Dear Counsel:

On June 23, 2026, the AAA's Administrative Review Council ("Council") considered Respondent's objections to the AAA's continued administration of this case and any response received.

After a review of the parties' contentions, and based upon the Council's Review Standards available at https://www.adr.org/administrative-review-council/ to which the parties were previously referred, the Council has determined that the Claimant has met the AAA's filing requirements by filing a demand for arbitration providing for administration by the AAA under its Rules or by naming the AAA as the dispute resolution provider. Accordingly, in the absence of an agreement by the parties or a court order staying the case, the AAA will proceed with the administration of the arbitration.

The Council's decision is limited to a determination of whether the Claimant has met the filing requirements contained in the AAA Rules. Under the Rules, the arbitrators have the power to determine the extent of their own jurisdiction, including any objections with respect to the existence, scope, or validity of the arbitration agreement and the existence or validity of a contract of which an arbitration clause forms a part. Therefore, the parties' contentions have been made a part of our file and will be forwarded to the arbitrator or arbitrators upon appointment, at which time the parties may submit their jurisdictional or arbitrability arguments to the arbitrator(s) for determination.

Please contact me if you have any questions or concerns.

Sincerely,

Amy Gomes

Amy Gomes
Senior Case Administrator
Direct Dial: (401)414-2830
Email: AmyGomes@adr.org

cc: Christopher E. Cheek, Esq.
Jessica Rodriguez
Lori Maltz
Lauryn Bennett, Esq.