# EXHIBIT 22

GIBBS & BRUNS LLP

Caitlin A. Halpern
chalpern@gibbsbruns.com
713.751.5228

June 26, 2026

***Via E-Mail***
Amy Gomes
Senior Case Administrator
AmyGomes@adr.org

Re: *Immortal Snail, LLC v. X Corp.*, Case Number 01-26-0001-6924

Dear Ms. Gomes:

I am writing in response to the AAA's letter dated June 24, 2026. For the reasons stated in its June 5, 2026 letter, the parties never contracted to arbitrate this dispute, and no contract entered by the parties contains an arbitration agreement. The parties' operative contracts mandate that Immortal Snail bring its claims in Texas courts. Further, the parties never contracted for an arbitrator to decide the question of arbitrability here, and no such authority exists under binding Supreme Court precedent. *See Lamps Plus, Inc. v. Varela*, 587 U.S. 176, 185–86 (2019); *Howsam v. Dean Witter Reynolds, Inc.*, 537 U.S. 79, 83 (2002); *accord Coinbase, Inc. v. Suski*, 602 U.S. 143, 145, 152 (2024).

Because the AAA and any arbitrator appointed lacks jurisdiction over the parties' dispute, X will not participate further in this proceeding—including, for example, by responding to the discovery requests propounded by Immortal Snail on June 2, 2026.

Sincerely,

C. Halpern

Caitlin Halpern

cc: all counsel of record [via electronic mail]