# EXHIBIT 23

AMERICAN ARBITRATION ASSOCIATION®
INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Northeast Case Management Center
Elizabeth Corsetti, JD
Assistant Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053

July 15, 2026

Kevin C. Kaplan, Esq.
Coffey Burlington
2601 South Bayshore Drive
Penthouse 1
Miami, FL 33133
Via Email to: kkaplan@coffeyburlington.com

Caitlin A. Halpern, Esq.
Gibbs & Bruns, LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
Via Email to: chalpern@gibbsbruns.com

Case Number: 01-26-0001-6924
Immortal Snail, LLC
-vs-
X Corp.

Dear Counsel:

The American Arbitration Association (AAA) has appointed Mohamed F. Sweify, Esq., as arbitrator. The executed Notice of Appointment, Supplemental Disclosure, and Notice of Compensation are enclosed for your review.

Please notify the AAA of any objections to the appointment of Arbitrator Sweify by **July 22, 2026**, copying all parties. Do not copy the arbitrator on any correspondence related to the disclosures. Other parties will have **five business days** to respond to any objections to the arbitrator's appointment. Under the Rules, the AAA will determine the arbitrator's continued service.

Please review Commercial Rule R-18, which requires you to advise the AAA of any circumstance likely to give rise to justifiable doubt as to arbitrator impartiality or independence. This is a continuing obligation. Pursuant to Commercial Rule R-18 , failure of a party or a representative to comply with the requirements of this rule may result in the waiver of the right to object to the arbitrator.

For cases administered pursuant to the Large Complex Case Procedures, the AAA's Administrative Review Council (ARC) will make any determination regarding an objection to the continued service of an arbitrator or panel. The ARC is the AAA's executive-level administrative decision-making authority with the directive to resolve certain administrative issues arising in the AAA's large, complex domestic caseload. The ARC is composed of current and former AAA executives who bring their significant arbitration experience to the decision-making process. In conjunction with the ARC Guidelines and the ARC Review Standards available at www.adr.org/arc, the ARC reviews and resolves issues in a time- and cost-effective manner after careful consideration of the parties' contentions, while upholding the integrity of the arbitration process and reinforcing the parties' confidence in the process. Parties shall limit any individual submission to five pages with, at most, 20

pages of exhibits per party. Replies will not be accepted without permission from the AAA.

Sincerely,

Amy Gomes

Amy Gomes
Senior Case Administrator
Direct Dial: (401)414-2830
Email: AmyGomes@adr.org

Enclosures

cc: Christopher E. Cheek, Esq.
Jessica Rodriguez
Lori Maltz
Lauryn Bennett, Esq.
Mohamed F. Sweify, Esq.