**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:26-cv-01254-O |
| | § | |
| IMMORTAL SNAIL, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule 7.4,[1] the undersigned certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

- Immortal Snail, LLC
- Ossi Ketola (sole member of Immortal Snail, LLC)

Defendant incorporates by reference all persons listed in Plaintiff's Certificate of Interested Persons (Dkt. 3), as may be supplemented or amended.

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Defendant Immortal Snail, LLC, is a limited liability company organized under the laws of Nevis, whose sole member is Ossi Ketola. Mr. Ketola is a citizen of United Arab Emirates.

[1] Although Local Rule 7.4 only requires the filing of the certificate of interested persons alongside a defendant's "initial responsive *pleading or motion in lieu of a responsive pleading*," because FED. R. CIV. P. 7.1 requires disclosure of that information alongside a party's "first appearance [or] response," Defendant provides all information required by both (1) Local Rule 7.4 (and, by reference, Local Rule 3.1(c)) and (2) FED. R. CIV. P. 7.1 in this filing.

Respectfully submitted,

By: */s/ David C. Miller*
**Leonard (Ladd) A. Hirsch**
Texas Bar No. 09717300
lhirsch@bradley.com
**David C. Miller**
Texas Bar No. 24110114
dmiller@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP** 1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
(214) 257-9800 (Telephone)
(214) 939-8787 (Fax)

**Kevin C. Kaplan, Esq.** (pro hac vice forthcoming)
Florida Bar No. 933848
lperez@coffeyburlington.com
service@coffeyburlington.com
**Christopher E. Cheek, Esq.** (pro hac vice forthcoming)
Florida Bar No. 91363
ccheek@coffeyburlington.com
lmaltz@coffeyburlington.com
**Tori A. Simkovic, Esq.** (pro hac vice forthcoming)
Florida Bar No. 1039684
tsimkovic@coffeyburlington.com
rquijada@coffeyburlington.com
service@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on October 5, 2026, on all counsel or parties of record who have appeared in this case.

By: */s/ David C. Miller*
**David C. Miller**