**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| X CORP., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:26-cv-01254-O |
| | § | |
| IMMORTAL SNAIL, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff X Corp. and Defendant Immortal Snail, LLC hereby file this joint stipulation of dismissal, through which they are dismissing the above-captioned action without prejudice. Concurrent with the filing of this stipulation, Defendant Immortal Snail, LLC is dismissing its arbitration against Plaintiff X Corp. without prejudice. Each party shall bear its own fees and costs.

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the dismissal of this case is effective upon the filing of this stipulation.

Respectfully submitted,

**GIBBS & BRUNS, LLP**

By: */s/ Caitlin Halpern*

Caitlin Halpern *(pro hac vice)*
Texas Bar No. 24116474
chalpern@gibbsbruns.com
Lauryn E. Bennett *(pro hac vice)*
Texas Bar No. 24142674
lbennett@gibbsbruns.com
1100 Louisiana Street, Suite 5300
Houston, Texas 77002
Telephone: 713-650-8805
Facsimile: 713-750-0903

**BROWN PRUITT WAMBSGANSS**
**DEAN FORMAN & MOORE, P.C.**

Charles W. Fillmore
Texas Bar No. 00785861
cfillmore@brownpruitt.com
201 Main Street, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 338-4888
Fax: (817) 338-0700

**ATTORNEYS FOR PLAINTIFF X CORP.**

By: *_/s/ David C. Miller_*
**Leonard (Ladd) A. Hirsch**
Texas Bar No. 09717300
lhirsch@bradley.com
**David C. Miller**
Texas Bar No. 24110114
dmiller@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
(214) 257-9800 (Telephone)
(214) 939-8787 (Fax)

**Kevin C. Kaplan, Esq.** (pro hac vice pending)
Florida Bar No. 933848
lperez@coffeyburlington.com
service@coffeyburlington.com
**Christopher E. Cheek, Esq.** (pro hac vice pending)
Florida Bar No. 91363
ccheek@coffeyburlington.com
lmaltz@coffeyburlington.com
**Tori A. Simkovic, Esq.** (pro hac vice pending)
Florida Bar No. 1039684
tsimkovic@coffeyburlington.com
rquijada@coffeyburlington.com
service@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

**Counsel for Defendant**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on October 8, 2026, on all counsel or parties of record who have appeared in this case.

By: *\/s/ David C. Miller*
David C. Miller